IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD SINGLETON,

    Plaintiff,

vs.                                             CASE NO.: 4:06cv107-SPM/WCS

STATE OF FLORIDA,
DEPARTMENT OF JUVENILE
JUSTICE,

    Defendant.
_____/

## ORDER FOR STATUS CONFERENCE

This case is specially set for jury trial at the United States Courthouse in Tallahassee, Florida, at 8:30 a.m. on December 10, 2007. Four days have been reserved.

To confirm that both parties are fully aware of the expense and risk of trial, that they will be ready to proceed, and are resolute in their desire for trial, it is

ORDERED AND ADJUDGED:

1.    A status conference is scheduled for 1:30 p.m. on Tuesday, October 30, 2007, at the United States Courthouse in Gainesville, Florida.

2.    Counsel who will conduct the trial are required to be present for the status conference. Counsel must be prepared to act with final authority in the

resolution of all matters.

3. All parties must be present for the status conference. In the case of a corporation, governmental entity, or other organization, or officer in his or her official capacity, the party must attend through a representative having full authority to settle the entire case for the party without further consultation.

SO ORDERED this 16th day of October, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge