IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD SINGLETON,

    Plaintiff,

vs.                      CASE NO.: 4:06cv107-SPM/WCS

STATE OF FLORIDA, DEPARTMENT
OF JUVENILE JUSTICE,

    Defendant.
_____/

**ORDER DENYING MOTION FOR JUDGMENT AS A MATTER OF LAW**

    This cause comes before the Court on Defendant's Motion for Judgment as a Matter of Law (doc. 120). For the following reasons, the motion will be denied.

    1.    "Disparate treatment analysis requires that none of the participants in the decision-making process be influenced by racial bias." Jones v. Gerwens, 874 F.2d 1534, 1541 n.13 (11th Cir. 1989).

    2.    The evidence presented at trial showed that Regional Director John Tallon participated in the decision to fire Plaintiff by recommending that Plaintiff be fired.

    3.    A reasonable jury could infer that Regional Director Tallon's

recommendation was influenced by racial bias given Plaintiff's testimony and Regional Director Tallon's disparate discipline of James Lowery for conduct that is not materially different from the conduct for which Plaintiff was fired.

4. Although the ultimate decision to fire Plaintiff was made by Assistant Secretary Charles Chervanik and Secretary Anthony Schembri, there is no indication that either Assistant Secretary Chervanik or Secretary Schembri conducted an independent evaluation of Regional Director Tallon's recommendation.

5. The Office of Inspector General initiated an investigation, but Plaintiff was fired before the investigation was competed.  A reasonable jury could infer that Assistant Secretary Chervanik and Secretary Schembri acted as a "cat's paw" or "rubber stamp" for Regional Director Tallon's recommendation to fire Plaintiff.  <u>Stimpson v. City of Tuscaloosa</u>, 186 F.3d 1328, 1332 (11th Cir. 1999).

Based on the foregoing, it is

ORDERED AND ADJUDGED that Defendant's Motion for Judgment as a Matter of Law (doc. 120) is denied.

DONE AND ORDERED this 14th day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:06cv107-SPM/WCS